**FILED**

06/08/2017

Clerk of the
Appellate Courts

# IN THE SUPREME COURT OF TENNESSEE
## AT JACKSON

## STATE OF TENNESSEE v. DELCHON WEATHERSPOON

**Criminal Court for Shelby County**
**No. P-43279**

---

### No. W2017-00779-SC-R8-CO

---

#### ORDER

The Defendant has filed a "motion for reconsideration of financial conditions of release." The State has filed a response in opposition to the Defendant's motion. After due consideration, it is ORDERED that the motion is denied.

PER CURIAM