IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DELCHON WEATHERSPOON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 17-CV-2535 |
| SHERIFF BILL OLDHAM, Shelby County Sheriff's Office, | ) |
| Respondent. | ) |

**MOTION FOR EXPEDITED CONSIDERATION**

Petitioner Delchon Weatherspoon respectfully requests that the Court expedite consideration of his habeas petition filed pursuant to 28 U.S.C. § 2241. This request is supported by Mr. Weatherspoon's Memorandum of Law in Support of his Motion to Expedite, filed simultaneously, and accompanied by a proposed order, emailed to the Court's ECF mailbox simultaneously.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein (*pro hac vice*)
(DC Bar No. 1033346)
Premal Dharia (*pro hac vice* application forthcoming)
(DC Bar No. 484091)
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
charlie@civilrightscorps.org
premal@civilrightscorps.org
(202) 670-4809

/s/ *Amir Ali*
Amir Ali (*pro hac vice* application forthcoming)
(DC Bar No. 1019681)
Roderick & Solange MacArthur Justice Center
718 7th Street NW
Washington, DC 20001
Amir.ali@macarthurjustice.org
(202) 869-3434

/s/ *Emma Redden*
Emma J. Redden (# 33501)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone: (901) 577-8158
Facsimile: (901) 577-0882
*Attorneys for Petitioner*

**CERTIFICATE OF CONSULTATION**

Undersigned counsel conferred by telephone with Mr. John Jones of the Shelby County Attorney's Office on July 31, 2017. Mr. Jones was unable to discuss a briefing schedule because he is not certain whether the State or the County will ultimately represent the Respondent in the above-captioned matter.

## CERTIFICATE OF SERVICE

I, Charles Gerstein, hereby certify that I caused a copy of this document to be served on Mr. John Jones, 160 N Main St #660, Memphis, TN 38103, by first class mail, on July 31, 2017.

*/s/ Charles Gerstein*
Charles Gerstein (*pro hac vice*)
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
charlie@civilrightscorps.org
premal@civilrightscorps.org
(202) 670-4809