```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

**DELCHON WEATHERSPOON,**

    Petitioner,

v.                                               Cv. 17-2535-SHM

**BILL OLDHAM, SHELBY COUNTY, SHERIFF,**

    Respondent.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order, docketed May 1, 2018, denying petition under 28 U.S.C. § 2241.

**APPROVED:**

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_May 1, 2018_                              THOMAS M. GOULD
DATE                                       CLERK

                                                    _s/ Zandra Frazier_
                                                  (By) DEPUTY CLERK